May 05, 2006

Mr. Timothy G. Chovanec
Law Offices of Timothy G. Chovanec, P.C.
314 Main Street, Suite 300
Fort Worth, TX 76102

Honorable Vicki B. Isaacks
393rd District Judge
1450 E. McKinney Street
Denton, TX 76201
Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

RE: Case Number: 06-0108
 Court of Appeals Number: 02-04-00275-CV
 Trial Court Number: 2002-60191-393

Style: IN RE MAIN PLACE CUSTOM HOMES, INC.

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally grants in part and denies in part
the petition for writ of mandamus and delivered the enclosed per curiam
opinion in the above-referenced cause. The stay order issued March 9, 2006
is lifted.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Ms. Sherri |
| |Adelstein |